**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LACRYSTAL HUBBARD, ET AL.**                                      **PLAINTIFFS**

**v.**                                          **CIVIL ACTION NO. 2:18-cv-91-KS-MTP**

**GENERAL DYNAMICS**
**INFORMATION TECHNOLOGY, INC.**                                  **DEFENDANT**

**ORDER**

THIS MATTER is before the Court on the Motion to Withdraw as Counsel [89] filed by

Plaintiffs' counsel.  On July 8, 2020, Attorneys Robin L. Roberts and J. Marc McMillian,

counsel for Plaintiffs, filed their Motion [89], seeking to withdraw as counsel of record for

Plaintiffs.[1]  Counsel assert that a conflict has arisen between them and Plaintiffs and that further

representation of all Plaintiffs is no longer possible as their interests "no longer align." *See* [89].

On July 17, 2020, the Court directed Plaintiffs to respond to the Motion to Withdraw [89]

on or before July 31, 2020. *See* Order [90].[2]  The Court informed Plaintiffs that: "For any

Plaintiff who does not file a response or objection to the Motion, the withdrawal may be granted

without further notice." *Id*.  To date, no Plaintiff has responded to the Motion [89], and the time

to do so has long since passed.

---

[1] The original Plaintiffs were LaCrystal Hubbard and Krisha D. Hollingsworth.  Later, others
joined as "opt-in" Plaintiffs.  The "opt-in" Plaintiffs are: Betty Lee Young, Rosa B. Young,
Christopher R. O'Neal, Jerica Singleton, Brandy L. King, Whitney Ware, Kierra Carter, Chantel
Garner Walker, Kenya Polion McNair, Alexandria Disney, Elleene B. Heidelberg, Mildred
Barnes, and Carl E. Johnson.

[2] In its Order [90], the Court directed Plaintiffs' counsel to provide Plaintiffs copies of the Order
[90] and file a notice of record reflecting that Plaintiffs have been notified.  On July 24, 2020,
Plaintiffs' counsel filed a Notice [91] stating that he provided all Plaintiffs copies of the Order
[90].  Thereafter, on August 20, 2020, Plaintiffs' counsel filed an Amended Notice [94],
clarifying that he previously provided copies of the Order [90] to all Plaintiffs, including "opt-in"
Plaintiffs.

"An attorney may withdraw from representation only upon leave of the court and a showing of good cause and reasonable notice to the client." *In re Wynn*, 889 F.2d 644, 646 (5th Cir. 1989).  The determination of whether to grant an attorney's motion to withdraw is a "matter entrusted to the sound discretion of the court and will be overturned on appeal only for an abuse of that discretion." *Id*.

The record indicates that Plaintiffs have been notified of the Motion to Withdraw [89] and have not objected to the withdrawal.  Moreover, the Motion [89] establishes good cause for withdrawal.

IT IS, THEREFORE, ORDERED that:

1. The Motion to Withdraw as Counsel [89] is GRANTED.  Attorneys Robin L. Roberts and J. Marc McMillian are terminated as counsel of record for Plaintiffs.

2. Plaintiffs are granted until **September 21, 2020**, to obtain substitute counsel and have counsel enter an appearance in this matter **or** to advise the Court **in writing** that they intend to proceed without an attorney.

3. Plaintiffs' failure to obtain counsel or to inform the Court of their intention to proceed without an attorney may result in the dismissal of their claims or otherwise adversely affect their rights.

4. The Clerk of Court is directed to forward a copy of this Order to Plaintiffs, and all parties are directed to serve any future pleadings or notices upon Plaintiffs, at the following addresses:

   LaCrystal Hubbard               Betty Lee Young
   5652 Heard Street               75 Cross Creek Parkway, Apt 6104
   Jackson, MS 39206               Hattiesburg, MS 39402

   Krisha D. Hollingsworth         Rosa B. Young
   3302 Fernway Drive              75 Cross Creek Parkway, Apt 6104
   Hattiesburg, MS 39401           Hattiesburg, MS 39402

   Christopher R. O'Neal           Jerica Singleton
   13101 Ridgeline Blvd., Apt 4107 75 Cross Creek Parkway, Apt 3201
   Austin, TX 78613                Hattiesburg, MS 39402

Brandy L. King
204 E. 3rd Street, Apt 3
Hattiesburg, MS 39401

Whitney Ware
209 S. 29th Avenue, #107
Hattiesburg, MS 39401

Kierra Carter
2653 Glenvalley Drive
Decatur, GA 30032

Chantel Garner Walker
3408 Parkmill Drive
Killeen, TX 76542

Kenya Polian McNair
266 Currie Road
Ellisville, MS 39437

Alexandria Disney
303 St. Paul St.
Hattiesburg, MS 39401

Elleene B. Heidelberg
1012 Godwin Avenue
Glenn Heights, TX 75154

Mildred Barnes
335 CR 241
Vossburg, MS 39366

Carl E. Johnson
9590 Hwy 84 E
McCall Creek, MS 39647

5. Plaintiffs are obligated to notify the Court on any change of address.  The failure of Plaintiffs to notify the Court of a change of address or comply with this or any order of the Court may result in the dismissal of their claims.

6. The deadlines set in the Case Management Order [89] are hereby suspended pending further order from the Court.

SO ORDERED this the 20th day of August, 2020.

s/Michael T. Parker
UNITED STATES MAGISTRATE JUDGE