**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**LACRYSTAL HUBBARD,** *et al.*,                                    **PLAINTIFFS**

**v.**                                    **CIVIL ACTION NO. 2:18-CV-91-KS-MTP**

**GENERAL DYNAMICS INFORMATION**
**TECHNOLOGY, INC.**                                    **DEFENDANT**

## ORDER OF DISMISSAL

This cause came before the Court on Defendant's Motion to Dismiss for Failure to Prosecute [102] filed on September 28, 2020. For the reasons set forth below, the Court finds the motion is well taken and will be granted.

This cause has been pending since May 24, 2018 when Plaintiffs, LaCrystal Hubbard and Krisha D. Hollingsworth filed their Complaint, which was later amended [41]. Over the course of 2018, thirteen (13) additional individuals filed consents to join in the Plaintiffs Fair Labor Standards Act claims. Although Plaintiffs sought conditional certification of a collective action class, the Court denied such request in July 2019. [69], [87]. Since that time, the record shows no activity in this case until April 2020 when a Case Management Order was entered [88]. In July 2020, Plaintiffs' counsel moved to withdraw. [89]. Even though the Court directed all plaintiffs to respond to the motion by July 31, 2020, no plaintiff responded. [90]. The Court then granted the motion to withdraw on August 20, 2020. [95].

In the Order allowing counsel for Plaintiffs to withdraw, the Court stated, "Plaintiffs are granted until September 21, 2020, to obtain substitute counsel and have counsel enter an appearance in this matter or to advise the Court in writing that they intend to proceed without an attorney." [95] at p. 2. The Court further advised, "Plaintiffs' failure to obtain counsel or to inform

the Court of their intention to proceed without an attorney may result in the dismissal of their claims or otherwise adversely affect their rights." *Id.* As of the date of this Order, no new counsel has entered an appearance on behalf of any plaintiff, and no plaintiff has submitted any notice to the Court that he/she intends to proceed *pro se*.

On September 28, 2020, Defendant filed the instant motion, noting the procedural history set forth above and seeking a dismissal for failure to prosecute. [102]. On September 29, 2020, the Court issued one final attempt to have the plaintiffs respond by entering an Order to Show Cause. [104]. In that Order, the Court directed as follows:

> On or before October 13, 2020, Plaintiffs shall show cause, in writing, why this action should not be dismissed for failure to prosecute and failure to comply with the Court's Order [; and]
> Plaintiffs are advised that their failure to comply with this order or to show good cause may result in the dismissal of this action with prejudice and without further notice.

*Id.* at p. 2.  The Order was sent to all plaintiffs at their last known address of record. *Id.* To date none of the Plaintiffs have responded to the Order, and the deadline has since passed. Therefore, it is hereby ORDERED that Defendant's Motion to Dismiss for Failure to Prosecute [102] is GRANTED.  All claims in this action are dismissed with prejudice, and this case is closed.

SO ORDERED AND ADJUDGED this 22nd day of October 2020.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE